## NICHOLS v. SHAW.

It is necessary to entitle the City Court to jurisdiction, that it appear that one of the parties belong to the city.

Suits are to be brought to the next court or they will abate.

ERROR against a judgment of the City Court, in an action of debt by book, Shaw v. Nichols, in which was an averment that said debt was contracted in said city of Hartford; but

neither the plaintiff or defendant were described as belonging to said city; and that said writ was dated the 19th of March and made returnable to the City Court on the second Tuesday of May then next; which overleaped the City Court holden on the second Tuesday of April. The above matters were assigned for error.

Judgment — Manifest error on both points.